# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: RYOBI Power Washer Litigation, | Case No. EDCV 25-2280-MWF(SPx)<br><br>ORDER GRANTING STIPULATION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND EXECUTIVE COMMITTEE |

The Court has considered the Stipulation for Appointment of Interim Class Counsel and Executive Committee (the "Stipulated Request"), filed February 2, 2026. (Docket No. 17). Pursuant to Fed. R. Civ. P. 23(g), the Court GRANTS the Stipulated Request.

The Court finds that Pearson Warshaw, LLP and Smith Krivoshey, P.C. meet the requirements set forth by Fed. R. Civ. P. 23(g). Melissa Weiner of Pearson Warshaw, LLP and Joel D. Smith of Smith Krivoshey P.C. are appointed Co-Interim Lead Counsel, and Nick Suciu of Bryson Harris Suciu & Demay PLLC, Brett Cohen of Leeds Brown Law P.C., and Paul Doolittle of Poulin Willey Anastopoulo are appointed to the Executive Committee for Plaintiffs pursuant to Fed. R. Civ. P. 23(g)(3). This appointment is for all cases in this District Court as well as cases subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact.

1    The role of Co-Lead Interim Counsel will be to develop and direct the overall litigation strategy and case management for the Plaintiffs; organize and supervise the efforts of the Executive Committee and assign tasks as appropriate; entering into stipulations with opposing counsel as necessary during the litigation; selecting, consulting with, and employing experts; managing discovery; and serving as a unified voice for Plaintiffs and putative class members in court proceedings, settlement negotiations, and communications with defense counsel or third parties.  The role of the Executive Committee will be to collaborate with Co-Lead Interim Counsel in developing litigation strategies, working on discovery matters, working with expert witnesses, and completing assigned tasks as directed by Co-Lead Interim Counsel.

IT IS SO ORDERED.

Dated: February 10, 2026

                                  MICHAEL W. FITZGERALD
                                  United States District Judge